UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN BRODEUR,<br>    Plaintiff,<br><br>v.<br><br>LAW OFFICES OF PRINCIPE<br>& STRASNICK, P.C.,<br>    Defendant, | Civil Action No. 14-CV-13550-DPW |

**DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)**

    Now comes Principe & Strasnick, P.C., through counsel and its President, and hereby affirms and certifies that it has conferred with a view towards (1) establishing a budget for costs of conducting the full course of litigation, and various alternative courses of the litigation; and (b) considering resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                             Respectfully submitted,

                                             Principe & Strasnick, P.C., Defendant,
                                             By its attorneys,

Dated: April 7, 2015                /s/ Robert M. Strasnick
                                             Robert M. Strasnick – B.B.O. #637598
                                             Principe & Strasnick, P.C.
                                             17 Lark Avenue
                                             Saugus, MA 01906
                                             (781)-233-9191
                                             rob@psbostonlaw.com

Dated:  April 7, 2015                    /s/ Robert M. Strasnick
                                         President, Principe & Strasnick, P.C.

## Certificate of Service

I, Robert M. Strasnick, attorney for Principe & Strasnick, P.C., do hereby certify that I have served a true copy of the foregoing document upon Craig Thor Kimmel, the attorney of record for the plaintiff, via ECF on this 7th day of April, 2015.

                                         /s/ Robert M. Strasnick
                                         Robert M. Strasnick