## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN BRODEUR,            ) | |
|           ) | |
| Plaintiff,      ) | |
|           ) | |
| v.           ) | **Case No.: 1:14-cv-13550-DPW** |
|           ) | |
| LAW OFFICES OF PRINCIPE &    ) | **Notice of Settlement** |
| STRASNICK, P.C.,      ) | |
|           ) | |
| Defendant.     ) | |
|           ) | |
|           ) | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: <u>April 14, 2015</u>

BY: */s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
BBO# 662924
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for the Plaintiff

**Certificate of Service**

I hereby certify that on this 14th day of April, 2015, a true and correct copy of the

foregoing pleading served via ECF to the below:


Robert M. Strasnick, Esq.
Law Office of Principe & Strasnick PC
17 Lark Ave.
Saugus, MA 01906
rob@psbostonlaw.com


*/s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
BBO# 662924
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for the Plaintiff